UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-228 (JNE/SRN) |
| Plaintiff, | |
| v. | **O R D E R** |
| Adolfo Valenzuela-Valenzuela, David Grajeda-Barreras, and Benjamin Estrada-Alvarez, | |
| Defendants. | |

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Adolfo Valenzuela-Valenzuela's Motion to Suppress (Doc. No. 33) is **DENIED**;

2. Defendant David Grajeda-Barreras's Motion to Suppress (Doc. No. 37) is **DENIED**; and

3. Defendant Benjamin Estrada-Alvarez's Motion to Suppress (Doc. No. 23) is **DENIED**.

Dated: September 11, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge